

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
AISHA SHABAZZ,                  :
                                :
            Plaintiff,          :
                                :
    - v. -                      :
                                :    STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :    08 Civ. 5896 (SAS)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 15, 2008 to and including November 14, 2008.  This extension is requested

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case. *No further extensions will be granted.*

Dated: New York, New York
August 18, 2008

*/s/ Aisha Shabazz*
AISHA SHABAZZ
Plaintiff Pro Se
140 West 140TH Street
Apt. #3A
New York, New York 10030
Telephone No. (646) 942-4087

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: */s/ Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

~~SO ORDERED:~~

*/s/ Aisha Shabazz*
~~UNITED STATES DISTRICT JUDGE~~

SO ORDERED:

*/s/*
U.S.D.J.

8/27/08